IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GARY NEIL COATS | ) |
| | ) |
| v. | ) NO. 1-10-0108 |
| | ) JUDGE CAMPBELL |
| MAURY COUNTY SHERIFF'S | ) |
| OFFICE, et al. | ) |

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 39), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion/Request for Injunction Order (Docket No. 3) is DENIED. This case is referred to the Magistrate Judge in accordance with the Court's prior Order. Docket No. 4. The case will be set for trial by separate Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE