IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GARY COATS | ) |
| | ) |
| v. | ) NO. 1-10-0108 |
| | ) JUDGE CAMPBELL |
| SHERIFF ENOCH GEORGE, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 91), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss of Defendants George, Walters, Wagonschutz, Helton and Stewart (Docket No. 41) is GRANTED, and Plaintiff's claims against these five Defendants are DISMISSED.

All remaining pending Motions are referred to the Magistrate Judge in accordance with the Court's prior Order (Docket No. 4).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE