IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

GARY COATS )
)
v. ) NO. 1-10-0108
) JUDGE CAMPBELL
SHERIFF ENOCH GEORGE, et al. )

ORDER

Pending before the Court are four Reports and Recommendations of the Magistrate Judge (Docket Nos 102, 103, 106 and 107), to which no Objections have been filed. Also pending before the Court are two Motions to Dismiss (Docket Nos. 57 and 79) and a Motion to Dismiss or, in the Alternative, for Summary Judgment (Docket No. 87) to which Plaintiff has filed no Responses.[1]

The Court has reviewed the Reports and Recommendations and the file. The Reports and Recommendations (Docket Nos 102, 103, 106 and 107) are adopted and approved.

Accordingly, the Motion to Dismiss or, in the Alternative, for Summary Judgment (Docket No. 87) is GRANTED, and Plaintiff's claims against Defendants Maury Regional Medical Center and Sealey are DISMISSED.

Defendant Caruthers' Motion to Dismiss (Docket No. 79) is GRANTED, and Plaintiff's claims against Defendant Caruthers are DISMISSED.

Plaintiff's Motion to Amend (Docket No. 69) is DENIED.

---

[1] Failure to file a timely response to a motion indicates there is no opposition to the motion. Local Rule 7.01(b). In addition, failure to respond to a moving party's statement of material facts in support of summary judgment indicates that the asserted facts are not disputed for purposes of summary judgment. Local Rule 56.01(g).

Defendant Potter's Motion to Dismiss (Docket No. 57) is GRANTED, and Plaintiff's claims against Defendant Potter are DISMISSED.

All of Plaintiff's claims having now been dismissed, the Clerk is directed to close the file. Any other pending Motions are denied as moot. The jury trial set for March 6, 2012, and the pretrial conference set for February 17, 2012, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE